To: Court of Appeals
   Abstin, Texas

RE: C of A. No. 14-13-00916-CR / TR. CA. 1366856

Date: April 27, 2015

Greetings,

Please let this serve as a formal Notice of Request fore the true and Correct Copies of my Reporter Record and or other said files that or related to the Cause No. listed above in order to file a Writ of HABEAS Corpus under Article 11.07.

I have recieved notice that my appeal Attorney MR. Mark A. Rubal has been allowed to withdraw from my appeal. I have requested of MR Mark A. Rubal appeal attorney appointed by the courts, as well as MR Damon Parrish Trial attorney hired by myself for all pleadings, motions, drafts, E-mails (transmitted or recieved) facsimiles (transmitted or recieved) memorandums, affidavits, oaths, Communication between both attorneys to and from the courts. All inter-office Communication, bills, reciepts, invoices, Contracts, phone logs, Notes all chart photographs, investigation reports, Notes from lab report, toxicology expert witness, witness list Correspondence and any other papers related to the said files in the Cause Number mentioned above.

A copy of the Notifications has been mailed to each individual attorney Mentioned in this letter,

PG 1 of 2

also a Copy has been forwarded to the HARRIS County District Clerks office via USPO.

Appeallant prays that the TEXAS Court of Appeals will assist him in the reciept of all requested and Neccessary documents related to said Cause Number or Numbers mentioned in order to file writ in a timely manner.

Respectfully
Mr. Tommie Lee Jackson

Tommie Lee Jackson #1882256
Lopez STATE Jail
1203 E.L. Cibolo Rd
Edinburg, Texas 78542